No. 18-1483

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| GANIYU A. JAIYEOLA, | ) | **FILED** |
|  | ) | May 16, 2018 |
| Plaintiff-Appellant, | ) | DEBORAH S. HUNT, Clerk |
|  | ) |  |
| v. | ) | O R D E R |
|  | ) |  |
| TOYOTA MOTOR MANUFACTURING NORTH AMERICA, INC., et al., | ) |  |
|  | ) |  |
| Defendants-Appellees. | ) |  |
|  | ) |  |

Before: SUHRHEINRICH, GILMAN, and SUTTON, Circuit Judges.

This matter is before the court upon initial consideration to determine whether this appeal was taken from an appealable order.

By order entered on April 11, 2018, the district court denied Ganiyu A. Jaiyeola's motion to join parties, motion for a protective order, and emergency motion for a stay of scheduled depositions. On April 24, 2018, Jaiyeola appealed the April 11 order.

This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory orders and collateral orders, 28 U.S.C. § 1292; *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949); *see also Anderson v. Roberson*, 249 F.3d 539, 542-43 (6th Cir. 2001). The order that Jaiyeola seeks to appeal is not a final order, an appealable interlocutory order, or a collateral order.

No. 18-1483
- 2 -

Accordingly, it is ordered that the appeal is **DISMISSED** for lack of jurisdiction.

ENTERED BY ORDER OF THE COURT

Deborah S. Hunt, Clerk